Case: 3:22-mj-00119-CHG Doc #: 3 Filed: 08/09/22 Page: 1 of 4 PAGEID #: 74

FILED
RICHARD W. NAGEL
CLERK OF COURT
8/9/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

Case No.: 3:22mj119

Date and time warrant executed: 07/25/2022 0800 hrs.

Copy of warrant and inventory left with: Forensic Examiner

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

#1 Black Samsung cell phone = Exam results via E-format
#2 Black Samsung cell phone - Gold Case = No Extraction
#3 Black Samsung cell phone - Black Case = No Extraction
#18 White HP laptop S/N CND426CNBT = No Extraction
#20 Pink iPhone = No Extraction
#24 Black iPhone with Black Case/Charger = No Extraction
#25 White Samsung phone in Black/White Case = No Extraction

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/03/2022

Executing officer's signature

Gregory F. Engelhard, Special Agent
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:22 mj 119
)
SEVEN (7) ELECTRONIC DEVICES CURRENTLY )
STORED IN THE EVIDENCE VAULT AT ODPS, 9476 )
MERIDIAN WAY, WEST CHESTER, OH 45069 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Caroline H. Gentry_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/19/2022 @ 3:00 pm    _____
Judge's signature

City and state:    DAYTON, OHIO    CAROLINE H. GENTRY, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT "A"

### Property/Location to be Searched

The following items of evidence were seized on April 12, 2022 from a residence located at 8471 Rodebaugh Road, Reynoldsburg, Ohio 43068 during the execution of a search warrant of said premises and are presently being stored and secured in the evidence vault of the Ohio Department of Public Safety's Offices, located at 9476 Meridian Way, West Chester, Butler County, Ohio 45069.

| | |
|---|---|
| # 1 | Black Samsung Cell Phone (passcode 7979) |
| # 2 | Black Samsung Cell Phone in gold case |
| # 3 | Black Samsung Cell Phone in black case |
| #18 | White HP laptop S/N CND426CNBT |
| # 20 | Pink IPhone |
| #24 | Black IPhone with black case/charger |
| #25 | White Samsung phone in black/white case |

## ATTACHMENT "B"

### Specific Items to be Searched on Listed Electronic Device

1. All stored data and information contained on the electronic device(s) described and listed in Attachment "A" that relate to criminal violations listed in paragraph 3 of the supporting affidavit that may have occurred between on or about June 1, 2011 and continuing until on or about April 12, 2022.

2. Evidence of user attribution showing who used or owned the electronic device(s) at the time the various data and information described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of any Internet Protocol address to communicate with persons such as co-conspirators, including:

    a. records of Internet Protocol addresses used;

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records," "data" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.